UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Charles Joseph Kimbrough Rizzio,<br><br>    Defendant.<br>_____/ | Case:2:20-cr-20274<br>Judge: Tarnow, Arthur J.<br>MJ: Stafford, Elizabeth A.<br>Filed: 06-25-2020 At 09:53 AM<br>INDI USA V. RIZZIO (DA)<br><br>Violations:<br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 922(o)<br>26 U.S.C. § 5861(e) |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

**18 U.S.C. § 922(a)(1)(A) - Dealing Firearms without a License**

From on or about June 8, 2017, to on or about June 8, 2020, in the Eastern District of Michigan, and elsewhere, the defendant, Charles Joseph Kimbrough Rizzio, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

**18 U.S.C. § 922(o) - Illegal Possession and Transfer of a Machine Gun**

On or about May 28, 2020, in the Eastern District of Michigan, the defendant, Charles Joseph Kimbrough Rizzio, did knowingly and unlawfully

possess and transfer a machinegun, that is, a JL & Company LTD Sten MK II 9mm submachine gun, in violation of Title 18, United States Code, Section 922(o).

## COUNT THREE

### 26 U.S.C. § 5861(e) - Transferring an NFA Firearm in Violation of the NFA

On or about May 28, 2020, in the Eastern District of Michigan, and elsewhere, defendant, Charles Joseph Kimbrough Rizzio, did knowingly and unlawfully transfer a firearm, that is, a JL & Company LTD Sten MK II 9mm submachine gun, in violation of Title 26, United States Code, Section 5861(e).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

Upon conviction of the offenses set forth in Counts One and Two of this Indictment, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offenses.

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW A. ROTH
Chief, General Crimes Unit

*s/Erin Ramamurthy*
ERIN RAMAMURTHY
Assistant United States Attorney

Dated: June 25, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case:2:20-cr-20274<br>Judge: Tarnow, Arthur J.<br>MJ: Stafford, Elizabeth A.<br>Filed: 06-25-2020 At 09:53 AM<br>INDI USA V. RIZZIO (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it acc

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: ELR |

**Case Title:**    USA v.  Charles Joseph Kimbrough Rizzio

**County where offense occurred:**    Wayne

**Offense Type:**    Felony

Indictment -- based upon prior complaint [**Case number:** 20-mj-30190]

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

   **Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

June 25, 2020
   Date

*Erin L. Ramamurthy*
Erin Ramamurthy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
erin.ramamurthy@usdoj.gov
(313) 226-9788
Bar #: P81645

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.